

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20879-CR-DIMITROULEAS/SNOW

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ANTONIO DE JESUS MUNOZ-RODRIGUEZ and
ANGEL OMAR PEREZ,

                Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 25, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANTONIO DE JESUS MUNOZ-RODRIGUEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

From on or about October 25, 2012, and continuing through on or about October 30, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ANTONIO DE JESUS MUNOZ-RODRIGUEZ and
ANGEL OMAR PEREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about October 30, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**ANTONIO DE JESUS MUNOZ-RODRIGUEZ and
ANGEL OMAR PEREZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about October 30, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANTONIO DE JESUS MUNOZ-RODRIGUEZ,**

did knowingly carry a firearm during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of a drug trafficking crime, felonies for which the defendant may be prosecuted in a court of the United States, specifically, violations of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 2 and 3 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTONIO DE JESUS MUNOZ-RODRIGUEZ and ANGEL OMAR PEREZ**, have an interest.

2. Upon conviction of any of the violations alleged in this Indictment, the defendant, **ANTONIO DE JESUS MUNOZ-RODRIGUEZ and ANGEL OMAR PEREZ**, shall forfeit to the United States all of his respective right, title, and interest in any property constituting, or derived from, any proceeds that such defendant obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of the violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2). Said property includes, but is not limited to, the following:

a) one Glock 45 caliber handgun, serial number PSB583;

b) one Smith and Wesson 40 caliber handgun, serial number DW4146; and

c) one AST 9 mm handgun, serial number 9691C.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

ANTONIO DE JESUS MUNOZ RODRIGUEZ and
ANGEL OMAR PEREZ,

             **Defendants.** _____/    **Superseding Case Information:**

**Court Division**: (Select One)

  New Defendant(s)    Yes ____ No ____
  Number of New Defendants ____
  Total number of counts ____

_X_ Miami    ___ Key West
___ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
   List language and/or dialect _Spanish_

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     _X_         Petty      ____
   II   6 to 10 days    ____        Minor      ____
   III  11 to 20 days   ____        Misdem.    ____
   IV   21 to 60 days   ____        Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _12-mj-3470-AMS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _October 30, 2012_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 722286

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ANTONIO DE JESUS MUNOZ-RODRIGUEZ

**Case No:**

Count # 1:

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ 20 Years Imprisonment

Count # 2:

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ 40 Years Imprisonment

Count # 3:

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ 40 Years Imprisonment

Count #4:

Possession of a Firearm in Furtherance a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)

*__Max. Penalty:__  Life imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ANGEL OMAR PEREZ

**Case No:** _____

Count # 2:

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ 40 Years Imprisonment

Count # 3:

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ 40 Years Imprisonment